JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 though 10, inclusive, | Case No: **2:18-cv-10783-RSWL (Ex)**<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE |

///

///

///

-1-

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: __February 28__, 2020

s/ RONALD S.W. LEW
_____
Honorable Judge Ronald S.W. Lew